

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD.**, et al.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

### ORDER

This appeal is REINSTATED. The district court's "Corrected Final Judgment" is VACATED without regard to its merits. *See* TEX. R. APP. P. 42.1(a)(2)(B). This case is REMANDED to the district court for rendition of judgment in accordance with the parties' settlement agreement. *See id.* Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on June 9, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court